```
                        UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>JORGE LUIS SANTOS OTERO<br><br>　　　　DEBTOR (S) | CASE NO. 07-00912-SEK<br><br>CHAPTER 13 |

               TRUSTEE'S MOTION TO CHANGE DEBTOR(S) MAILING ADDRESS

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

   1. The Debtor(s) in this case have notified the Chapter 13 Trustee of a change of her/his/their address.

   2. The Debtor(s) advised that her/his/their new address is:

                            HC 01 BOX 1941
                         MOROVIS   PR   00687

   3. The Trustee on behalf of the Debtor(s) and in compliance of her/his/their duty to file a statement of any change of address, pursuant to Rule 4002(5) of the Federal Rules of Bankruptcy Procedure, hereby files this motion, and attaches with it, the original of her/his/their required statement, *Change of Address Notice*, signed by the debtor(s).

   **WHEREFORE** the Trustee respectfully prays this Court to order the Clerk of the Bankruptcy Court to amend the Debtor(s) address of record, by substituting it with the new address stated on paragraph two (2) above.  Also, to order all other parties in interest to take notice of the Debtor(s) new mailing address.

   **20 DAYS NOTICE:**   In accordance with Bankruptcy Rule 2002, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

   CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date to: the    DEBTOR(s) via regular mail, to his address of record, and her/his/their attorney, via regular mail if not a ECFS registered user, and to all Creditors and Parties in Interest, who has filed a Notice of Appearance or requested to receive notices regarding the present case, to their respective address of record as they appear in the attached Master Address List.

   In San Juan, Puerto Rico this Friday, April 8, 2011.

                                        /s/ Jose R. Carrion
                                        JOSE R. CARRION   CHAPTER 13 TRUSTEE
                                        P.O. Box 9023884, Old San Juan Sta.
                                        San Juan, P.R. 00902-3884
                                        Tel (787)977-3535    FAX (787)977-3550

# Autorización para cambio de dirección

RE:                                                Caso No. 07-00912

__Jorge L. Santos Otero__
(Nombre y Apellidos Deudor)

_____
(Nombre y Apellidos Deudor)

Por este medio informo de la nueva dirección y se autoriza a la Oficina del Lcdo. José R. Carrión, nuestro Síndico, para que se procese el cambio.

Nueva Dirección:

HC-01 Box 1941

Morovis P.R. 00687

_____

_____

_[firma]_                         Fecha: 4/6/11
Firma

_____     Fecha: _____
Firma

07-00912-SEK                CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JORGE LUIS SANTOS OTERO<br>HC 01 BOX 1941<br>MOROVIS, PR 00687 |
| ASUME<br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| CARIBE GENERAL ELECTRIC<br>EDIFICIO EL MUNDO<br>383 FD ROOSEVELT SUITE 209<br>ATTN LCDA AMIR LASTRA<br>HATO REY, PR 00918 | COOP A/C MOROVENA<br>PO BOX 577<br>MOROVIS, PR 00687 |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DEPT JUSTICE - FED LITIGATION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-4140 | DEPTO TRABAJO Y RECURSOS HUMAN<br>505 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00918 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | EUROLEASE DIVISION OF EUROBANK<br>PO BOX 192099<br>SAN JUAN, PR 00919-2099 |
| ISLAND FINANCE A DIVISION OF SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | ODALYS NEGRON DE JESUS<br>PO BOX 954<br>MOROVIS, PR 00687 |
| PR ACQUISITIONS LLC<br>AMERICAN INTERNATIONAL BUILDING<br>250 MUÑOZ RIVERA AVE STE 1200<br>HATO REY, PR 00918 | RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | TRIPLE S PROPIEDAD<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3826 |

UNIVERSAL INSURANCE COMPANY  
PO BOX 9023862  
SAN JUAN, PR  00902-3862

---

DATED:  April 08, 2011                                        OLGA SOSA
                                                              _____
                                                              OFFICE OF THE CHAPTER 13 TRUSTEE